**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000080
17-JUN-2019
08:53 AM**

NO. CAAP-19-0000080

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BAYVIEW LOAN SERVICING, LLC, Plaintiff-Appellee, v.
VALERIE R. WOODS; VALERIE R. WOODS, Trustee of the
Valerie R. Woods Trust Dated February 1, 2001,
Defendant-Appellant, and JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITIES 1-50; AND DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 13-1-0105)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed June 13, 2019, by Defendant-Appellant Valerie R.
Woods, Individually and as Trustee, the papers in support, and
the record, it appears that (1) the appeal has been docketed;
(2) the parties stipulate to dismiss the appeal and bear their
own attorneys' fees and costs; (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal; and
(4) dismissal is authorized by Hawai'i Rules of Appellate
Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, June 17, 2019.


Presiding Judge


Associate Judge


Associate Judge